NO. 07-02-0331-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MAY 13, 2003

______________________________

IN THE MATTER OF JULIO POSADAS, A CHILD

_________________________________

FROM THE COUNTY COURT OF HOCKLEY COUNTY;

NO. 916; HONORABLE LARRY D. SPROWLS, JUDGE

_______________________________

Before REAVIS and CAMPBELL, JJ., and BOYD, S.J.
(footnote: 1)
ON MOTION TO DISMISS

On June 25, 2002, appellant Julio Posadas was found to be a child who engaged in delinquent conduct.  He was placed on juvenile probation with the condition, 
inter alia
, that he spend 30 days at a juvenile “boot camp.”  Appellant gave timely notice of appeal from this adjudication.

We have now been furnished with supplemental clerk’s and reporter’s records which show that appellant with his mother, after his attorney had been notified, appeared in open court and notified the court that he wished to dismiss his appeal.  The trial court honored that request and by notifying us, has requested that the appeal be dismissed.

We have issued no opinion in this case and there is no reason appellant’s request should not be honored.  Accordingly, the appeal is hereby dismissed.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained and our mandate will be issued forthwith. 

John T. Boyd

Senior Justice 

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2003).